UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 02, 2017
David J. Bradley, Clerk

| | |
|---|---|
| James C. Larsen, *et al.*, | § |
| Plaintiffs, | § |
| *versus* | § Civil Action H-17-460 |
| Scorpio Ernesto Drilling Company, Ltd., *et al.*, | § |
| Defendants. | § |

## Order to Release

The United States Marshal for the Southern District of Texas is ordered to release the goods and chattels of Scorpio Ernesto Drilling Company, Ltd., Scorpio Drilling Pte Ltd., Scorpio Drilling International Pte Ltd., and Global Tender Barges Drilling Services SDN BHD – the drill pipe, drill collars, and other equipment for the SCORPIO 300 – being stored at Houston Heavy Machinery, LLC, 14430 Grant Road, Cypress, Texas 77429.

Signed on June 2, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge