| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 02, 2017
David J. Bradley, Clerk

James C. Larsen, *et al.*, §
§
        Plaintiffs, §
§
*versus* §    Civil Action H-17-460
§
Scorpio Ernesto Drilling §
Company, Ltd., *et al.*, §
§
        Defendants. §

## Final Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice. (9)

2. The court retains jurisdiction to enforce the settlement.

Signed on June 2, 2017, at Houston, Texas.

                                          Lynn N. Hughes
                                 United States District Judge